**Order entered February 24, 2021**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-20-00590-CR
No. 05-20-00591-CR

**DAMON EVANS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 2
Dallas County, Texas
Trial Court Cause Nos. F20-51047-I & F20-51046-I**

**ORDER**

Before the Court is appellant's February 22, 2021 second motion for an extension of time to file his brief. We **GRANT** the motion and **ORDER** appellant's brief due by March 22, 2021.

/s/    ERIN A. NOWELL
           JUSTICE